# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| SHIRE DEVELOPMENT LLC, SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., and SHIRE LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>ALKEM LABORATORIES LTD.,<br><br>      Defendant. | Civil Action No. 1:16-cv-00747-LPS-CJB |

## [PROPOSED] CONSENT DECREE AND STIPULATION OF DISMISSAL

Plaintiffs Shire Development LLC, Shire Canada Inc., Shire International Licensing B.V., and Shire LLC (collectively, "Shire") and Defendant Alkem Laboratories Ltd. ("Alkem"), by and through their respective counsel, have agreed, subject to the approval of the Court, to the following:

1. In this infringement action, final judgment and a factual finding is hereby entered that Alkem's oral pharmaceutical lanthanum carbonate powder products, 750 mg and 1000 mg (EQ 750 mg and EQ 1000 mg lanthanum base), solely as described in Alkem's Abbreviated New Drug Application No. 209163 on January 13, 2017, do not infringe United States Patent Nos. 5,968,976, 7,465,465, 8,980,327, and 9,023,397.

2. All other claims and counter-claims asserted in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

3. This consent judgment does not constitute a judgment that any claim of any of the asserted patents is invalid or unenforceable.

4. All parties shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: March 17, 2017                                   Dated: March 17, 2017

DRINKER BIDDLE & REATH LLP                              FARNAN LLP

*/s/ Curt Lambert*                                      */s/ Michael J. Farnan*
Francis DiGiovanni (#3189)                              Brian E. Farnan (# 4089)
Curt Lambert (#4882)                                    Michael J. Farnan (# 5165)
DRINKER BIDDLE & REATH LLP                              FARNAN LLP
222 Delaware Avenue, Suite 1410                         919 North Market Street, 12th Floor
Wilmington, DE 19801                                    Wilmington, DE 19801
(302) 467-4200                                          (302) 777-0300
francis.digiovanni@dbr.com                              bfarnan@farnanlaw.com
curt.lambert@dbr.com                                    mfarnan@farnanlaw.com

*Of Counsel*:                                           *Of Counsel*:

Edgar H. Haug                                           Imron T. Aly
Sandra Kuzmich, Ph.D.                                   Cindy S. Ahn
Laura E. Krawczyk                                       SCHIFF HARDIN LLP
Jonathan A. Herstoff                                    233 South Wacker Drive, Suite 6600
HAUG PARTNERS LLP                                       Chicago, IL 60606
745 Fifth Avenue                                        (312) 258-5500
New York, New York 10151                                ialy@schiffhardin.com
(212) 588-0800
ehaug@haugpartners.com                                  George Yu
skuzmich@haugpartners.com                               SCHIFF HARDIN LLP
lkrawczyk@haugpartners.com                              One Market Street
jherstoff@haugpartners.com                              Spear Street Tower, Suite 3200
                                                        San Francisco, CA 94105
*Attorneys for Plaintiffs*                              (415) 901-8700
*Shire Development LLC,*                                gyu@schiffhardin.com
*Shire Canada Inc.,*
*Shire International Licensing B.V.,*                   *Attorneys for Defendant*
*and Shire LLC*                                         *Alkem Laboratories, Inc.*

SO ORDERED

Dated: _____

                                                _____
                                                        THE HON. LEONARD P. STARK
                                                      UNITED STATES DISTRICT JUDGE